UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIEANN GOGGANS,

    Plaintiff,

v.                                            Case No. 8:08-cv-01897-SCB-MAP

LIBERTY AMERICAN SELECT
INSURANCE COMPANY,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on the Joint Motion for Extension of Time to Complete Mediation, Discovery and Time for Filing Dispositive Motions. (Doc. No. 12).

This Court entered a case management and scheduling order more than eight months ago ordering that discovery be completed by August 10, 2009 and mediation be completed by August 24, 2009. (Doc. No. 7). These deadlines were not aspirational.

Prior to the discovery deadline expiring, neither party sought an extension of the discovery deadline. In addition, neither party has offered a sufficient explanation for their failure to comply with this Court's scheduling order nor shown good cause why the discovery deadline should be extended, as required by Federal Rule of Civil Procedure 16(b)(4). *See Sosa v. Airprint Systems Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998).

On January 26, 2009, the Defendant notified the Court that the parties had agreed to selected Robert F. Santos as mediator. (Doc. No. 8). Parties had more than six months to schedule mediation with Mr. Santos to meet this Court's August 24, 2009 deadline. On August 7, 2009 this Court directed the parties to inform the Court of its mediation date. (Doc. No. 9).

After that point, the parties informed the court that they had recently scheduled mediation with Mr. Santos for September 24, 2009–a month after this Court's mediation deadline expires.

Neither party has offered a sufficient explanation for their failure to meet this Court's mediation deadline nor shown good cause why this Court should extend its deadline. However, this Court will agree to extend the mediation deadline to September 25, 2009 to permit the parties to conduct mediation with Robert Santos on September 24, 2009, as requested. No other deadlines will be extended.

Because the parties have not shown good cause why this Court's deadlines should be extended, it is ORDERED AND ADJUDGED that the Joint Motion for Extension of Time to Complete Mediation is **GRANTED**, and the Joint Motion for Extension of Time for Discovery and for Filing Dispositive Motions is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of August, 2009.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Mark A. Hanley, Esq.